UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN ALFY SALAMA MARKUS, | : | |
| a/k/a "John Salama," | : | |
| a/k/a "John Alfy Salama," | : | |
| a/k/a "Habib," | : | Crim. No. 11-366 (JLL) |
| AHMED NOURI, | : | |
| a/k/a "Ahmed Bahjat," | : | |
| a/k/a "Hamada," | : | |
| ONISEM GOMEZ, | : | |
| a/k/a "Oni Gomez," | : | |
| MITHAQ AL-FAHAL, | : | |
| a/k/a "Mithaq Mahmood Al-Fahal," | : | |
| and AMMAR AL-JOBORY, | : | |
| a/k/a "Ammar Hussein | : | |
| Muhammed Al-Jobory," | : | |
| a/k/a "Big Ammar" | : | |

**ORDER**

The parties in this matter having appeared for a status conference before the Court (for the United States of America, Sandra L. Moser, Assistant U.S. Attorney, appearing; for defendant John Alfy Salama Markus, Michael Rogers, Esq., appearing), at which the Government's discovery obligations and the progress of defendant's review, as well as the scheduling of motions and a trial date, were discussed:

IT IS on this _28_ th day of November, 2011,

ORDERED that:

The parties are to appear in Court for a status conference on **February 15, 2012 at 1:30 p.m.**;

All parties shall file motions on or before **March 9, 2012**;

Responses to motions shall be filed on or before **March 23, 2012**;

Oral argument on motions shall take place on **April 2, 2012 at 11 a.m.**; and

Trial shall commence in this matter on **April 16, 2012**.

IT IS FURTHER ORDERED that, for good cause shown, the time period from the date of this order to the date of the trial shall be excluded from computing time under the Speedy Trial Act of 1974.

HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE