UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
:
v. : Crim. No. 11-366 (JLL)
:
JOHN ALFY SALAMA MARKUS, :
a/k/a "John Salama," :
a/k/a "John Alfy Salama" :

## ORDER

The parties in this matter having appeared for a status conference before the Court on April 16, 2012 (for the United States of America, Sandra L. Moser, Assistant U.S. Attorney, appearing; for defendant John Alfy Salama Markus, Michael Rogers, Esq., appearing):

IT IS on this 17th day of April, 2012,

ORDERED that: Defendant's pre-trial motions shall be filed on or before June 15, 2012; the Government's response to defendant's pre-trial motions and any affirmative motions shall be filed on or before July 13, 2012; and oral argument, if required, shall be held on a date to be determined by the Court. Other motions, including but not limited to motions in limine and Rule 404(b) notices, shall be filed according to a schedule to be determined at a later date by the Court.

IT IS FURTHER ORDERED that, for good cause shown, the time period from the date of this order to the date of oral argument on pre-trial motions shall be excluded from computing time under the Speedy Trial Act of 1974.

_____
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE