NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN ALFY SALAMA MARKUS, <br><br> Defendants. | Criminal No.: 2:11-366 (JLL) 01 <br><br><br> **ORDER** |

Please be advised that oral argument on defendant's motion as against the Government [docket entry # 41] is scheduled for **Wednesday, September 5, 2012** at **1:30 p.m.** in Courtroom 5D of the Martin Luther King Jr., Federal Building, 50 Walnut Street, Newark, New Jersey. All parties are hereby required to appear.

**IT IS SO ORDERED.**

_____
Jose L. Linares,
United States District Judge

Dated: July 19, 2012