UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No. 11-366 (JLL) |
| v. : | |
| JOHN ALFY SALAMA MARKUS, : | |
| a/k/a "John Salama," : | **PROTECTIVE ORDER ON CONSENT** |
| a/k/a "John Alfy Salama" : | |

This application having been opened to the Court by the United States Attorney (Sandra L. Moser, Assistant U.S. Attorney, appearing) under Rule 16(d)(1) of the Federal Rules of Criminal Procedure for a protective order limiting the disclosure of the contents of a recorded telephone conversation marked "10/28/10 Recorded Call" that has been or will be made available to counsel for defendant John Alfy Salama Markus (Michael Rogers, Esq., appearing), and the Court, having the consent of the parties, and for good cause shown,

IT IS on this 30 day of July, 2012,

ORDERED that:

1. The disc containing the recorded telephone conversation shall not be disclosed to anyone other than the defendant, the defendant's counsel, and any agent working at the direction of defense counsel in this matter;

2. Notwithstanding any other provision, the defense shall be permitted to disclose any materials provided in Paragraph 1 in connection with the filing of the

defendant's motions with the Court, or for use at trial, subject to Fed. R. Crim. P. 41.1; and

3. If there is a need prior to trial or during trial to disclose the disc containing the recorded telephone conversation beyond that permitted by this Order, then the defendant will make an application to the Court upon notice to the government, requesting authorization.

_____
HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE